**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 584 MAL 2015

              Respondent    :

                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court

          v.              :

                        :

                        :

BENJAMIN BOYNTON, JR.,          :

                        :

            Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.